915 F.2d 1575
 Unpublished Disposition
NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
James J. MARREN, Defendant-Appellant.
 No. 89-2935.
 United States Court of Appeals, Seventh Circuit.
 Argued Sept. 27, 1990.
Decided Sept. 27, 1990.
 
 1
 Withdrawn from bound volume, decision to be published as
 
 
 2
 full opinion. See 919 F.2d 61.